UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALMER HARGRAVE,**

    **Plaintiff,**

v.                                                    Case No. 8:08-cv-1966-T-30MAP

**GE AVIATION SYSTEMS, LLC,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Proposed Bill of Costs and supporting affidavit (Dkt. 50). On July 29, 2009, Summary Judgment (Dkt. 48) was entered against Plaintiff and in favor of Defendant. Defendant now seeks costs in the amount of $2,387.50. The Court concludes that Defendant is entitled to recover all costs contained in its Proposed Bill of Costs.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Proposed Bill of Costs (Dkt. 50) is **GRANTED**.

2. The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff and in favor of Defendant in the amount of **$2,387.50** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on August 31, 2009.

                                                               JAMES S. MOODY, JR.
                                                                UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1966.billofcosts.frm